IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**KIMBERLY DAVIS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.         No. 3:21-cv-3076-TLB

**GIS FIELD SERVICES, INC.**     **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

        Respectfully submitted,

        **KIMBERLY DAVIS, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

        Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

        Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **DEFENDANT GIS
FIELD SERVICES, INC.**

        OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
500 Preston Commons
8117 Preston Road
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

        */s/ John B. Brown*
John B. Brown
Tex. Bar No. 00793412
john.brown@ogletreedeakins.com